1  RYAN L. DENNETT, ESQ.
   Nevada Bar No. 5617
2  rdennett@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
4  Telephone:  702-839-1100
   Facsimile:    702-839-1113
5  *Attorney for State Farm Mutual*
   *Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER CUEVAS-OROZCO, an individual, | |
| Plaintiff, | CASE NO:  3:25-00621-CLB |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through X, inclusive; and ROE BUSINESS ENTITIES 1 through X, inclusive, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES) CLAIMS, WITH PREJUDICE, AND REMAND TO NEVADA STATE COURT** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between KENDRA JEPSEN, ESQ. of JEPSEN LAW, PLLC and JOSEPH S. GILBERT, ESQ., of JOEY GILBERT LAW, attorneys for Plaintiff, JAVIER CUEVAS-OROZCO and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that Plaintiffs' claims for extra-contractual (bad faith), punitive damages, and any other claims involving claims beyond any alleged breach of contract between STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and JOSE CUEVAS-OROZCO are hereby dismissed, with prejudice.

In addition, the parties hereto also agree that this matter be remanded, by agreement, for resolution of the alleged breach of contract claim to Nevada State Court.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation incurred in this litigation thus far.

DATED this __16th__ day of December, 2025.   DATED this __16th__ day of December, 2025.

**JOEY GILBERT LAW**  
**JEPSEN LAW, PLLC**

**DENNETT WINSPEAR, LLP**

By____/s/   Kendra J. Jepsen_____  
JOSEPH S. GILBERT, ESQ.  
KENDRA J. JEPSEN, ESQ.  
Nevada Bar No. 14065  
405 Marsh Avenue  
Reno, Nevada 89509  
Telephone: 775-376-7070  
*Attorneys for Plaintiff, Javier Cuevas-Orozco*

By____/s/ Ryan L. Dennett_____  
RYAN L. DENNETT, ESQ.  
Nevada Bar No. 5617  
3301 N. Buffalo Drive, Suite 195  
Las Vegas, Nevada 89129  
Telephone:   (702) 839-1100  
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

**ORDER**

UPON STIPULATION OF COUNSEL,

IT IS SO ORDERED.

DATED:__December 17, 2025____

_____  
U.S. MAGISTRATE JUDGE